**Order entered July 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00563-CR

**BILLY JOE CAMPBELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-81619-2012**

## ORDER

Appellant was convicted of indecency with a child. Nevertheless, appellant's brief identifies the complaining witness and her younger sister by their complete names. Accordingly, we **STRIKE** the appellant's brief filed on January 22, 2015. We **ORDER** appellant to file, within **FIVE DAYS** of the date of this order, an amended brief that is redacted to include only the initials of the complaining witness and her sister.

/s/    CRAIG STODDART
        PRESIDING JUSTICE